1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARROW RELIANCE, INC., dba Darwin's Natural Pet Products,<br><br>Plaintiff,<br><br>v.<br><br>JANET WOODCOCK, United States Commissioner of Food and Drugs; and UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>Defendant. | CASE NO. 22-1057<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT |

This matter is before the Court on the Parties' Stipulated Motion to Amend Complaint (Dkt. No. 16). Having reviewed the Motion and the supporting documents, the Court GRANTS the Parties' Motion.

Plaintiff Arrow Reliance, Inc., d/b/a Darwin's Natural Pet Products ("Plaintiff") and Defendants Robert Califf and the United States Food and Drug Administration ("Defendants") by and through their counsel, stipulate and agree as follows:

1. Federal Rule of Civil Procedure 15(a)(2) permits a party to amend a pleading before trial with the opposing party's consent or the Court's leave. See Fed. R. Civ. P. 15(a)(2)

2. Defendants have consented to Plaintiff filing the Second Amended Complaint. (Stip. Mot. Ex. 1.)

3. In accordance with LCR 15, the red interlineations in Exhibit 2 of the Stipulated Motion demonstrate where the Second Amended Complaint differs from the First Amended Complaint. (See Stip. Mot. Ex. 2.)

4. Because Defendants consent to Plaintiff filing the Second Amended Complaint, it is appropriate to permit Plaintiff to file the Second Amended Complaint in the form attached as Exhibit 1 to the Stipulated Motion. See Fed. R. Civ. P. 15(a)(2).

5. By stipulating to Plaintiff filing the Second Amended Complaint, Defendants do no waive and expressly reserve any defenses, including those they might make in a motion to dismiss.

IT IS SO STIPULATED.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 31, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT - 2