1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15

| ARROW RELIANCE, INC., dba Darwin's Natural Pet Products,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. CALIFF, et al.,<br><br>Defendant. | CASE NO. 22-1057<br><br>ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS |
|---|---|

16
17
18
19
20

This matter comes before the Court on the Parties' Stipulated Motion for Briefing Schedule on Defendants' Motion to Dismiss (Dkt. No. 22). The Court GRANTS the motion, renotes Defendants' Motion to Dismiss for November 11, 2022, and sets the following briefing schedule on the Motion:

- October 24, 2022: Plaintiff to file its response brief

21
22

- November 7, 2022: Defendants to file their reply brief

23
24

//

//

ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS - 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated October 17, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS - 2